UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH PALMER; and LINDA
PALMER,

    Plaintiffs,

v.                                          Case No. 6:19-cv-2178-Orl-37DCI

DIAMOND RESORTS
INTERNATIONAL CLUB, INC.,

    Defendant.
_____

## ORDER

Plaintiffs moved to enforce a settlement agreement they alleged was reached with Defendant for $30,000 and forgiveness of Plaintiff's outstanding loan obligation in exchange for dismissal of Plaintiffs' case with prejudice. (Doc. 6 ("**Motion**").) Defendant says no such agreement was reached as confidentiality terms were still in dispute. (Doc. 7.) On referral, United States Magistrate Judge Daniel C. Irick recommends granting the Motion. (Doc. 15 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety. The Court declines to retain jurisdiction. Should either party breach the settlement agreement, the non-breaching

party may file a separate action for breach of contract.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 15) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiffs' Motion to Enforce Settlement (Doc. 6) is **GRANTED.**

3. The parties have entered into a settlement agreement that requires Defendant to pay Plaintiffs $30,000 and forgive Plaintiffs' outstanding loan obligation in exchange for Plaintiffs dismissing this action with prejudice, and that contains other common settlement terms (i.e. a mutual general release, a non-disparagement provision, and a confidentiality provision), with each party to bear its own fees and costs.

4. Defendant Diamond Resorts International Club, Inc. is **DIRECTED** to pay Plaintiffs Kenneth Palmer and Linda Palmer $30,000 within twenty-one (21) days of this Order.

5. Upon payment, Plaintiffs Kenneth Palmer and Linda Palmer are **DIRECTED** to dismiss this case with prejudice.

6. The Clerk is **DIRECTED** to administratively close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 2, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record